O

194

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR SHARIREFF GAY, | ) | Case No. CV 11-05905 DDP (DTB) |
| Petitioner, | ) | |
| v. | ) | **ORDER REQUIRING RESPONSE TO PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION** |
| ANTHONY HEDGPETH, et al. | ) | |
| Respondents. | ) | |

Within twenty days of the date of this order, Respondents shall file an opposition, or notice of non-opposition, to Petitioner's "Motion Seeking Court Order For Preliminary Injunctive Relief Directing Respondents to Vacate and Set Aside the BPH's July 6, 2010 Decision to Deny Petitioner a Five(5) Years Parole Hearing." (Dkt. No. 4.)

IT IS SO ORDERED.

Dated: May 15, 2012

DEAN D. PREGERSON
United States District Judge