JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHARRIEFF GAY, <br> Petitioner, <br> vs. <br> ANTHONY HEDGPETH, Warden, et al., <br> Respondents. | Case No. CV 11-5905-DDP (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing petitioner's ex post facto claim without prejudice and dismissing petitioner's remaining claims with prejudice.

DATED: October 31, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1